Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 1

| BASF CORPORATION | |
|---|---|
| Plaintiff, | **S U M M O N S** |
| v. | Court No.  24-57 |
| UNITED STATES, Defendant. | |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 4601, 4103 and 3901 | Center (if known): | CEE 001 |
|---|---|---|---|
| Protest Number: | 410320102007, and others | Date Protest Filed: | 10-05-2020 |
| Importer: | BASF Corporation | Date Protest Denied: | 2-23-2024 |
| Category of Merchandise: | Retistar & Retinol Products | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 91640143045 | 9-16-19 | 8-14-20 | | | |
| 91640219803 | 10-17-19 | 9-11-20 | | | |
| 91640315494 | 9-20-19 | 8-21-20 | | | |
| 91640427471 | 11-5-19 | 10-2-20 | | | |

Frederic D. Van Arnam
Barnes Richardson & Colburn, LLP
100 William Street, Suite 305, New York, NY 10038
212-725-0200, rvanarnam@barnesrichardson.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

344

**CONTESTED ADMINISTRATIVE DECISION**

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Frederic D. Van Arnam, Jr.
_____
*Signature of Plaintiff's Attorney*
March 4, 2024
_____
*Date*

## SCHEDULE OF PROTESTS

CEE 001

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390123130121 | 8-30-23 | 2-22-24 | 91647750107 | 7-22-22 | 6-23-23 | 3901 |
| 390123128947 | 3-28-23 | 2-22-24 | 91646293422 | 1-17-22 | 12-16-22 | 3901 |
| 390123129123 | 4-16-23 | 2-22-24 | 91646274869<br>91646275304 | 1-17-22<br>1-17-22 | 12-16-22<br>12-16-22 | 3901 |
| 410323103256 | 12-8-23 | 2-26-24 | 91647682987<br>91648099769 | 9-2-22<br>9-12-22 | 8-4-23<br>8-11-23 | 4103 |
| 460124136910 | 2-14-24 | 2-23-24 | 91648427002 | 11-21-22 | 10-20-23 | 4601 |
| 410322102919 | 9-2-22 | 2-23-24 | 91644073503 | 5-17-21 | 4-15-22 | 4103 |
| 410321102697 | 8-9-21 | 2-23-24 | 91641521512<br>91641816375 | 4-20-20<br>5-27-20 | 3-19-21<br>4-23-21 | 4103 |
| 410322102906 | 8-25-22 | 2-23-24 | 91644076852<br>91644674821 | 5-11-21<br>6-16-21 | 3-25-22<br>5-13-22 | 4103 |
| 410322102894 | 8-4-22 | 2-23-24 | 91643657058 | 4-11-21 | 3-11-22 | 4103 |
| 410322102893 | 8-3-22 | 2-23-24 | 91643719619 | 4-15-21 | 3-11-22 | 4103 |
| 390120119782 | 10-13-20 | 10-27-23 | 91640369137 | 10-1-19 | 8-28-20 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CEE 001

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 410321102764 | 11-2-21 | 9-11-23 | 91642226004 | 7-28-20 | 6-18-21 | 4103 |
| 410321102768 | 11-8-21 | 9-11-23 | 91642365919 | 8-14-20 | 7-16-21 | 4103 |
| 410321102806 | 12-23-21 | 2-23-24 | 91643264467 | 3-27-20 | 12-17-21 | 4103 |
| 460121127442 | 5-10-21 | 2-23-24 | 91640755939 | 1-25-20 | 12-25-20 | 4601 |
| 410321102679 | 7-14-21 | 2-23-24 | 91641636765 | 3-27-20 | 2-26-21 | 4103 |
| 410322102811 | 1-3-22 | 2-23-24 | 91643169377 | 1-13-21 | 12-10-21 | 4103 |
| 410322102826 | 1-31-22 | 2-23-24 | 91643203937 | 12-23-20 | 11-26-21 | 4103 |
| 410322102845 | 3-23-22 | 2-23-24 | 30066422438 91643384646 91643816282 | 2-18-21 2-11-21 2-24-21 | 1-14-22 1-14-22 1-21-22 | 4103 |
| 410322102847 | 3-29-22 | 2-23-24 | 91643538076 | 3-19-21 | 1-21-22 | 4103 |
| 410321102643 | 6-2-21 | 2-23-24 | 91641065734 91641086912 91641367221 91641517775 | 2-4-20 2-13-20 3-30-20 3-15-20 | 1-1-21 1-15-21 2-12-21 2-12-21 | 4103 |
| 410321102753 | 10-19-21 | 2-23-24 | 91642183940 91642354434 | 7-14-20 8-14-20 | 6-11-21 7-16-21 | 4103 |
| 410322102925 | 9-6-22 | 2-23-24 | 91644077322 | 5-17-21 | 4-15-22 | 4103 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CEE 001

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390121125900 | 11-2-21 | 2-23-24 | 91642314644 | 7-20-20 | 6-18-21 | 3901 |
| 410322102891 | 8-2-22 | 2-23-24 | 91643905853 | 4-12-21 | 3-11-22 | 4103 |
| 410321102777 | 11-23-21 | 2-23-24 | 91642717440<br>91642878713<br>91643095416 | 10-8-20<br>11-5-20<br>11-17-20 | 9-10-21<br>10-8-21<br>10-15-21 | 4103 |
| 410321102776 | 11-22-21 | 2-23-24 | 91642627334 | 9-28-20 | 8-27-21 | 4103 |
| 410323103176 | 5-1-23 | 2-23-24 | 91646496496 | 4-6-22 | 3-3-23 | 4103 |
| 410321102787 | 12-6-21 | 2-22-24 | 91642800584 | 11-4-20 | 10-1-21 | 4103 |
| 410321102794 | 12-10-21 | 2-22-24 | 91642445307<br>91642739469<br>91642850274 | 8-30-20<br>10-14-20<br>11-4-20 | 7-30-21<br>9-10-21<br>10-1-21 | 4103 |
| 410321102795 | 12-13-21 | 2-22-24 | 91642970734 | 11-24-20 | 10-21-22 | 4103 |
| 410321102805 | 12-23-21 | 2-22-24 | 91643198871 | 12-11-20 | 11-12-21 | 4103 |
| 390122127165 | 8-1-22 | 2-22-24 | 91643719528<br>91644145061 | 4-15-21<br>4-6-21 | 3-11-22<br>3-4-21 | 3901 |
| 410322102955 | 11-28-22 | 2-22-24 | 91644356833<br>91644860214 | 7-13-21<br>8-18-21 | 6-10-22<br>7-15-22 | 4103 |
| 390120119782 | 10-13-20 | 10-27-23 | 91640369137 | 10-1-19 | 8-28-20 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

Form 1-3

## SCHEDULE OF PROTESTS

CEE 001

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 410321102721<br>410320102052 | 9-21-21<br>10-13-20 | 2-23-24<br>2-23-24 | 91641871727<br>91639963312<br>91640160254 | 5-17-20<br>8-4-19<br>9-24-19 | 4-23-21<br>7-3-20<br>8-21-20 | 4103<br>4103 |
| 410321102640 | 6-1-21 | 2-23-24 | 91641040794<br>91641441638<br>91642075328 | 2-5-20<br>4-1-20<br>6-8-20 | 1-1-21<br>2-26-21<br>5-7-21 | 4103 |
| 410321102695 | 8-4-21 | 2-23-24 | 91641667570 | 4-23-20 | 3-19-21 | 4103 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

346